**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Broadcast Music, Inc., *et al.,* | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-09-0391 |
| Vandmark Investments, LLC, *et al.*, | § § | |
| Defendants. | § | |

**ORDER**

The plaintiffs' motion for default judgment, (Docket Entry No. 13), is denied. The initial pretrial and scheduling conference is reset for **August 28, 2009, at 8:45 a.m.** The joint discovery case management plan is to be filed by August 18, 2009.

SIGNED on July 28, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge